HEARING DATE AND TIME: July 1, 2015 at 11:00 a.m. (Eastern Time)
OBJECTION DEADLINE: June 23, 2015 at 4:00 p.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Emerald Investments, LLC<br><br>        Debtor. | Chapter 11<br><br>Case No. 14-13407 (MG) |
| In re:<br><br>Ashley River Consulting, LLC<br><br>        Debtor. | Chapter 11<br><br>Case No. 14-13406 (MG) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF KRITI RIPLEY, LLC, ASHLEY RIVER PROPERTIES II, LLC, AND IAN J. GAZES, AS TRUSTEE FOR EMERALD INVESTMENTS, LLC AND ASHLEY RIVER CONSULTING, LLC, FOR ORDER APPROVING MARKETING, BIDDING AND SALE PROCEDURES IN CONNECTION WITH JOINT PLAN OF LIQUIDATION**

On June 8, 2015, Ian J. Gazes (the "**Trustee**"), as chapter 11 trustee of Emerald Investments, LLC and Ashley River Consulting, LLC (the "**Debtors**"), Kriti Ripley, LLC ("**Kriti**") and Ashley River Properties II, LLC ("**Ashley River II**" and together with Kriti, the "**Creditors**", and the Creditors together with the Trustee, the "**Proponents**"), served notice of the hearing (the "**Bid Procedures Hearing**") on **June 24, 2015 at 3:00 p.m.** (Eastern Time) with respect to the motion pursuant to sections 105(a) and 363 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") for an order approving the marketing, bidding and auction procedures for the sale of certain property (the "**Motion**").

PLEASE TAKE NOTICE THAT, at the direction of the Bankruptcy Court, the Bid Procedures Hearing is now scheduled for July 1, 2015, at 10:00 a.m.

7217520_1

PLEASE TAKE FURTHER NOTICE THAT, in accordance with Local Rule of Bankruptcy Procedure 9014-2(a), the Bid Procedures Hearing will be an evidentiary hearing.

Dated: New York, New York
      June 19, 2015

| **EMMET, MARVIN & MARTIN, LLP** | **GAZES LLC** |
|---|---|
| /s/ Thomas A. Pitta | /s/ Ian J. Gazes |
| Thomas A. Pitta, Esq. | Ian J. Gazes, Esq. |
| 120 Broadway, 32nd Floor | 151 Hudson Street |
| New York, New York 10271 | New York, NY 10013 |
| (212) 238-3000 (Telephone) | (212) 765-9000 (Telephone) |
| (212) 238-3100 (Facsimile) | (212) 765-9675 (Facsimile) |
| COUNSEL FOR KRITI RIPLEY, LLC AND ASHLEY RIVER PROPERTIES II, LLC | COUNSEL FOR IAN J. GAZES, AS TRUSTEE FOR EMERALD INVESTMENTS, LLC AND ASHLEY RIVER CONSULTING, LLC |