UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                             :        Case No. 14-13407-mg
                                                   :
EMERALD INVESTMENTS, LLC                           :
                                                   :        Chapter 11
                                      Debtor.      :
-------------------------------------------------------x

**ORDER AUTHORIZING THE TRUSTEE TO RETAIN COLLIERS INTERNATIONAL CHARLESTON, LLC AS COMMERCIAL REAL ESTATE BROKER**

**UPON** the application, dated July 2, 2015, of Ian J. Gazes, chapter 11 trustee (the "Trustee") for the estate of Emerald Investments, LLC (the "Debtor"), for an order of this Court authorizing and empowering the Trustee to retain Colliers International Charleston, LLC ("Colliers") as commercial real estate broker, and upon the Affidavit of Peter Fennelly, a licensed commercial real estate broker and Market President of Colliers; and it appearing that Colliers does not hold or represent any interest adverse to the estate in the matters upon which Colliers is to be engaged; that Colliers is a "disinterested person," as that term is defined in 11 U.S.C. § 101(14); and that Colliers' pre-petition engagement by Ashley River Properties II, LLC does not constitute an actual conflict of interest under 11 U.S.C. § 327(c); and that the employment of Colliers would be in the best interests of the Debtor's estate; and due deliberation having been had thereon; and no further notice hereof being required; it is hereby:

**[CONTINUED ON NEXT PAGE]**

1

2

**ORDERED**, that, pursuant to 11 U.S.C. §§ 327(a) and (c), Fed. R. Bankr. P. 2014, and Local Bankruptcy Rule 2014-1, the Trustee be and hereby is authorized to retain Colliers as commercial real estate broker to the Trustee in this case, and Colliers shall be compensated on a commission only basis equal to 4.5% of the total sale consideration realized from the Proposed Sale of the Marina Property and only upon application to the Court pursuant to 11 U.S.C. §§ 330 and 331, and in accordance with the Bankruptcy Rules, the local rules of this Court and the United States Trustee guidelines; and it is further

**ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
_____, 2015

_____
Honorable Martin Glenn
United States Bankruptcy Judge