UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 14-13407 (MG) |
| EMERALD INVESTMENTS, LLC | |
| Debtor. | |

-----------------------------------------------------------------X

## NOTICE OF APPEAL

Pursuant to Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a), The Gayla Longman Family Irrevocable Trust, by its undersigned attorneys, hereby appeals to the United States District Court for the Southern District of New York from the Order Approving Marketing, Bidding and Auction Procedures [Docket No. 79] (the "Order"), entered in the United States Bankruptcy Court for the Southern District of New York, on July 14, 2015.

The names of all parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are:

The Gayla Longman Family Irrevocable Trust
Randolph E. White, Esq.
David Y. Wolnerman, Esq.
White & Wolnerman, PLLC
950 Third Ave., 11th Floor
New York, New York 10022
(212) 308-0667

Chapter 11 Trustee
Ian J. Gazes, Esq.
Gazes LLC
151 Hudson St.
New York, NY 10013
(212) 765-9000

Ashley River Properties II, LLC/Kriti Ripley, LLC
Thomas A. Pitta, Esq.
Emmet, Marvin & Martin LLP
120 Broadway
32nd Floor
New York, NY 10271

Schulte Roth & Zabel LLP
David M. Hillman, Esq.
Karen S. Park, Esq.
Parker J. Milender, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

Dated: New York, New York
       July 27, 2015

                        WHITE & WOLNERMAN, PLLC

                        By: /s/ David Y. Wolnerman
                            David Y. Wolnerman, Esq.
                            Randolph E. White, Esq.
                            950 Third Avenue, 11th Floor
                            New York, New York 10022
                            Phone: (212) 308-0667
                            Fax: (212) 308-7090

                        *Attorneys for The Gayla Longman Family Irrevocable Trust*