UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re:                                                          :         Case No. 14-13406-mg
                                                                  :
ASHLEY RIVER CONSULTING, LLC,       :
                                                                  :         Chapter 11
                              Debtor.                    :
------------------------------------------------------x
In re:                                                          :         Case No. 14-13407-mg
                                                                  :
EMERALD INVESTMENTS, LLC            :
                                                                  :         Chapter 11
                              Debtor.                    :
------------------------------------------------------x

## **AFFIDAVIT**

STATE OF NEW YORK         )
                                                  ) ss.:
COUNTY OF NEW YORK    )

    Ian J. Gazes ("Affiant"), being duly sworn, deposes and says:

    1.    Affiant is the principal of Gazes LLC and the chapter 11 trustee in each of the above-referenced cases which were commenced by the filing of voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Court"). Thereafter on March 17, 2015, the United States Trustee appointed me to serve as chapter 11 trustee in these cases which appointment was approved by orders of the Court dated March 18, 2015 (the "Appointment Date").

**[CONTINUED ON NEXT PAGE]**

2. To the best of my knowledge and belief, neither of the above-captioned debtors made any disbursements prior to the Appointment Date and no disbursements have been made by the Trustee from the Appointment Date through July 31, 2015.

       /s/ Ian J. Gazes_____
       Ian J. Gazes, Chapter 11 Trustee

Signed and sworn to before me
this 5th day of August 2015

    /s/ David Dinoso_____
      Notary Public
David Dinoso
Notary Public - State of New York
No. 02DI6252033
Qualified in Rockland County
My Commission Expires November 28, 2015